**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STACEY PARKS KENNEDY, ANGELA BOZELL and BRITTNEY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>AEGIS MEDIA AMERICAS, INC., BOARD OF DIRECTORS OF AEGIS MEDIA AMERICAS, INC., THE BENEFITSPLUS 401(K) COMMITTEE, and JOHN DOES 1-30.<br><br>                    Defendants. | CIVIL ACTION NO.: 1:20-cv-03624-GHW |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, as well as any prior pleadings, submissions, and proceedings in this matter, Defendants Aegis Media Americas, Inc., the Board of Directors of Aegis Media Americas, Inc., and the Retirement Plan Committee (incorrectly identified in the Amended Complaint as "the BenefitsPlus 401(k) Profit Sharing Plan Policy Committee"), will move this Court before the Honorable Gregory H. Woods at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 12C, New York, New York 10007 to stay all proceedings in this matter pending the United States Supreme Court's decision in *Hughes v. Northwestern Univ.*, *cert. granted*, No. 19-1401, 2021 U.S. LEXIS 3583 (U.S. July 2, 2021) in the above-captioned action.

| | |
|---|---|
| Dated: August 9, 2021 | Respectfully submitted, |
| | JACKSON LEWIS P.C. |
| | */s/ René E. Thorne* |
| | René E. Thorne (admitted *pro hac vice*) |
| | Howard Shapiro (admitted *pro hac vice*) |
| | 650 Poydras Street, Suite 1900 |
| | New Orleans, LA 70130 |
| | T: (504) 208-1755 |
| | Howard.Shapiro@jacksonlewis.com |
| | Rene.Thorne@jacksonlewis.com |
| | |
| | Todd H. Girshon |
| | 666 Third Avenue, 29th Floor |
| | New York, NY 10017 |
| | T: (212) 545-4000 |
| | Todd.Girshon@jacksonlewis.com |
| | |
| | **COUNSEL FOR DEFENDANTS** |