USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| STACEY PARK KENNEDY, ANGELA BOZELL, and BRITTNEY WILLIAMS, *individually and on behalf of all others similarly situated*, | : : : : |
| Plaintiffs, | : |
| -against- | : : |
| AEGIS MEDIA AMERICAS, INC., BOARD OF DIRECTORS OF AEGIS MEDIA AMERICAS, INC., THE PLAN INVESTMENT COMMITTEE, JOHN DOES 1-30, | : : : : : |
| Defendants. | : |

1:20-cv-3624-GHW

ORDER

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the hearing held on February 3, 2023, the Defendants' motion to dismiss, Dkt. No. 47, is denied.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 47 and to lift the stay in this matter.

SO ORDERED.

Dated: February 3, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge