UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2023
```

--------------------------------------------------------------- X
                                                    :
STACEY PARKS KENNEDY, *et al.*,                     :
                                                    :
                                    Plaintiffs,     :            1:20-cv-3624-GHW
                                                    :
                    -v -                             :            ORDER
                                                    :
AEGIS MEDIA AMERICAS, INC., *et al.*,               :
                                                    :
                                    Defendants.     :
                                                    :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has received the parties' August 8, 2023 stipulation regarding class

certification, Dkt. No. 120.  The parties are directed to file a joint proposed order for class

certification no later than August 17, 2023.

SO ORDERED.

Dated: August 10, 2023
       New York, New York

                                            _____
                                                GREGORY H. WOODS
                                               United States District Judge