USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY PARKS KENNEDY et al.,

                Plaintiffs,

-against-

AEGIS MEDIA AMERICAS, INC. et al.,

                Defendants.

20-CV-03624 (MMG)

**NOTICE OF REASSIGNMENT & ORDER**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the deadlines and dates set forth in the previous order on December 29, 2023, *see* Dkt. No. 128, except that counsel are referred to Rule II(B)(9) of the Individual Rules governing the conduct of the case following the close of fact discovery. Accordingly, the previously ordered deadline of December 10, 2024, for summary judgment motions is VACATED in light of Rule II(B)(9); the parties are no longer required to file a joint status letter by November 18, 2024; and the status conference that was previously scheduled for November 25, 2024, is hereby RESCHEDULED to **Wednesday, July 10, 2024, at 11:30 a.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    In addition to any post-June-10 correspondence required by Rule II(B)(9), the parties are further ORDERED to file a joint status letter not to exceed three pages by no later than **June 12, 2024,** updating the Court with the following information in separate paragraphs:

1. A brief description of the status of prior settlement discussions, without disclosing exact offers and demands;

2. A statement of whether the parties believe the following mechanisms would be fruitful: (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator. If parties believe one or more of the above options would be fruitful, they should indicate which options and explain when the use of such mechanism(s) would be appropriate; and

3. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

    If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or

2

other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://nysd.uscourts.gov/electronic-case-filing.

   In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: March 5, 2024
   New York, New York

                SO ORDERED.

                MARGARET M. GARNETT
                United States District Judge