UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACEY PARKS KENNEDY, ANGELA BOZELL and BRITTNEY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS MEDIA AMERICAS, INC., BOARD OF DIRECTORS OF AEGIS MEDIA AMERICAS, INC., THE BENEFITSPLUS 401(K) PROFIT SHARING PLAN COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | CIVIL ACTION NO.: 1:20-cv-03624 |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF
SETTLEMENT CLASS, AND APPROVAL OF PLAN OF ALLOCATION**

Plaintiffs, Stacey Parks Kennedy, Angela Bozell, and Brittney Williams (collectively "Plaintiffs"), participants in the BenefitsPlus 401(k) Profit Sharing Plan (the "Plan"), hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on August 20, 2024, and previously filed with the Court on August 20, 2024 (ECF No. 139-1);

2. Certifying the Class as defined in the August 29, 2024 Preliminary Approval Order (ECF No. 140);

3. Appointing Plaintiffs as Class Representatives and Plaintiffs' Counsel Capozzi Adler, P.C. as Lead Class Counsel for the Settlement Class under FED. R. CIV. 23(g);

4. Finding that the manner in which the Settlement Class was notified of the

1

Settlement was the best practicable under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

5. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A. Memorandum of Law in support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation; and

B. Declarations of Plaintiffs' Counsel, the Named Plaintiffs, and Settlement/Notice Administrator.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the Parties.

Dated: January 13, 2025                     Respectfully submitted,

**CAPOZZI ADLER, P.C.**

/s/ Mark K. Gyandoh
Mark K. Gyandoh, Esquire
(admitted *pro hac vice*)
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax: (717) 233-4103
Email: markg@capozziadler.com

*Attorneys for Plaintiffs, the Plan
and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By:   /s/ *Mark K. Gyandoh*
      Mark K. Gyandoh, Esq.
