# JacksonLewis

Jackson Lewi[s]
Poydras Cente[r]
601 Poydras S[t]
New Orleans L[A]
(504) 208-175[9]
(504) 208-1759 Fax
jacksonlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2025

February 18, 2025

Hon. Margaret M. Garnett
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

      Re:   *Kennedy et al v. Aegis Media Americas, Inc. et al*
             USDC – SD of New York; Case No. 1:20-cv-03624

Dear Judge Garnett:

      The undersigned represent the parties in this matter. We write regarding the fairness hearing for final approval of the proposed class settlement, scheduled to take place in-person before the Court at 9:30am on February 26, 2025. Dkt. 140. Pursuant to Rule II.A.1. of the Court's Individual Rules & Practices, we respectfully request that the Court conduct the fairness hearing in a virtual forum via telephonic or videoconference means.

      As of the date of this letter, the parties have not received any objections to the proposed class settlement. Should the Court grant the parties' request, plaintiffs' counsel will promptly update their respective websites to prominently provide relevant information about the hearing.

      Respectfully submitted,

      */s/ Rene E. Thorne*
      René E. Thorne
      Attorney
      (504) 208-5827 Direct
      Rene.Thorne@jacksonlewis.com
      Jackson Lewis P.C.

cc:    Counsel to all parties via ECF

4932-3213-4938, v. 2

Request GRANTED. The fairness hearing on **Wednesday, February 26, 2025, at 9:30 a.m.** will be held as a video conference via Microsoft Teams. The Teams information is below, and a direct link to the video conference will be sent to counsel in advance of the fairness hearing. Counsel are referred to Rule II(A)(2) of the Court's Individual Rules & Practices regarding remote conferences.

**Microsoft Teams Meeting ID: 294 222 930 836 // Passcode: JP7Tz2VC**

The Clerk of Court is directed to terminate Dkt. No. 148.

SO ORDERED. Dated February 21, 2025.

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE