USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACEY PARKS KENNEDY, ANGELA BOZELL and BRITTNEY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>AEGIS MEDIA AMERICAS, INC., BOARD OF DIRECTORS OF AEGIS MEDIA AMERICAS, INC., THE BENEFITSPLUS 401(K) PROFIT SHARING PLAN COMMITTEE, and JOHN DOES 1-30,<br><br>  Defendants. | CIVIL ACTION NO.: 1:20-cv-03624 |

**[PROPOSED] ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND PLAINTIFFS' CASE CONTRIBUTION AWARDS**

This matter having come before the Court on **February 26, 2025**, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the settlement for this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED AND ADJUDGED:**

Except as otherwise defined herein, all capitalized terms used in this Order shall have the same meanings as ascribed to them in the Settlement Agreement executed by counsel on behalf of the Plaintiffs, all Class Members, and Defendants, respectively.

1

1.      This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

2.      Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $166,650.00 and reimbursement of expenses in the sum of $17,581.74 (the "Attorneys' Fees and Expenses"), to be paid from the Gross Settlement Amount. The Court finds that the amount of Attorneys' Fees and Expenses is appropriate and that the Attorneys' Fees and Expenses awarded are fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

3.      Each of the Plaintiffs (Stacey Parks Kennedy, Angela Bozell, and Brittney Williams) is awarded $5,000 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

SO ORDERED this 26th day of February, 2025.

The Court also finds that the Administrative Expenses, as defined in the Settlement Agreement and summarized on the record at the February 26, 2025, fairness hearing, are fair and reasonable and awards those costs, to be disbursed from the Gross Settlement Amount according to the Settlement Agreement.

_____
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE